ABRAHAM ZAGELBAUM, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 10, 1951; decided May 17, 1951.

*John P. McGrath, Corporation Counsel (Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel of* counsel), for appellant.

*Benjamin H. Siff* and *Myron Myers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.